IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, <br><br> Plaintiff, <br><br> v. <br><br> 2S HOSPITALITY, INC., an Illinois corporation d/b/a "HOLIDAY INN EXPRESS LIBERTYVILLE" <br><br> Defendant. | Case No. 1:22-cv-7364 <br><br> Honorable Franklin U. Valderrama |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff hereby notifies the Court that the Parties have agreed in principle to settle the above-captioned matter. The Parties respectfully request that all upcoming deadlines and hearings be adjourned for twenty-one (21) days while Counsel for the Parties finalize a Settlement Agreement and Stipulation of Dismissal.

    Respectfully submitted,

    CASS LAW GROUP, P.C.

    /s/ Angela C. Spears
    Angela C. Spears (IL Bar #: 6327770)
    CASS LAW GROUP, P.C.
    20015 S. LaGrange Rd #1098
    Frankfort, IL 60423
    T: (833) 343-6743
    F: (855) 744-4419
    E: aspears@casslawgroup.com
    *Counsel for Plaintiff*

Dated: July 31, 2023