**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-07364 |
| ) | |
| ) | Honorable Franklin U. Valderrama |
| 2S HOSPITALITY, INC., d/b/a ) | |
| HOLIDAY INN EXPRESS ) | |
| LIBERTYVILLE., ) | |
| ) | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 2S HOSPITALITY, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant 2S Hospitality, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

.

                Respectfully submitted,

                CASS LAW GROUP, P.C.

                /s/ Angela C. Spears
                Angela C. Spears (IL Bar #: 6327770)
                CASS LAW GROUP, P.C.
                20015 S. LaGrange Rd #1098
                Frankfort, IL 60423
                T: (833) 343-6743
                F: (855) 744-4419
                E: aspears@casslawgroup.com
                *Counsel for Plaintiff*

Dated: August 29, 2023